IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00304-MSK-MEH

JERRY J. CUNNINGHAM,

    Plaintiff,

v.

CITY OF ARVADA,

    Defendant.

---

**ORDER**

---

**Michael E. Hegarty, United States Magistrate Judge**.

    Before the Court is Defendant's Motion to Compel Plaintiff's Deposition Appearance or, In the Alternative, Renewed Motion to Stay Proceedings [filed July 12, 2012; docket #17]. The matter has been referred to this Court for disposition [docket #19]. For the reasons that follow, Defendant's motion is **granted in part and denied in part**.

**I.**     **Background**

    Plaintiff instituted this action on February 6, 2012, and is proceeding *pro se*. In essence, Plaintiff alleges that he was subjected to unequal terms and conditions of employment because of his sexual orientation, and to retaliation for engaging in protected activities. *See* Complaint [docket #1]. On February 27, 2012, Defendant responded to the Complaint by filing a Motion to Dismiss and Motion to Stay Proceedings, alleging for the request to stay that "Defendants [sic] should not be subjected to suit until the fundamental issue of jurisdiction is resolved." *See* docket #5 at ¶ 13. The Court denied Defendant's motion to stay on April 26, 2012. Docket #13.

    In the present motion, Defendant claims that Plaintiff has not complied with Defendant's

request to agree to a date for Plaintiff's deposition. The discovery cutoff in this case is July 23, 2012; thus, Defendant seeks either a motion to compel Plaintiff's attendance at a deposition to be held prior to the discovery cutoff or a stay of the proceedings pending disposition of the pending motion to dismiss. Although unclear as to whether it is in response to the present motion, Plaintiff filed a "notice" on July 13, 2012 informing the Court that he has recently suffered the death of his mother and that "[a]ll of [his] time right now is being spent with [his] family." *See* docket #18.

Generally, it is the policy in this district not to stay discovery pending a ruling on motions to dismiss. *See Ruampant v. Moynihan,* 2006 U.S. Dist. LEXIS 57304, *4-5 (D. Colo. Aug. 14, 2006). Therefore, the Court will deny Defendant's request to stay the proceedings indefinitely pending Judge Krieger's ruling on the pending recommendation and motion to dismiss. However, under the circumstances presented here by the parties, the Court will impose a temporary stay of the proceedings for a period of forty-five (45) days to allow the Plaintiff to attend to the urgent needs of his family.

The Plaintiff is warned, however, that he must participate in good faith in the litigation, meet the deadlines set by the Court, and cooperate with the Defendant in setting deposition times in this case. If the Plaintiff fails to do so, he may be subject to sanctions, including an award to the Defendant of its attorney's fees expended in the course of prompting the Plaintiff to participate or cooperate in the litigation.

Accordingly, for the reasons stated above, the Court ORDERS that Defendant's Motion to Compel Plaintiff's Deposition Appearance or, In the Alternative, Renewed Motion to Stay Proceedings [filed July 12, 2012; docket #17] is **granted in part and denied in part** as set forth herein, and the proceedings of this case are temporarily stayed for a period of forty-five (45) days.

As such, the Scheduling Order is modified as follows:

Discovery cutoff:        September 6, 2012
Dispositive motions due: October 5, 2012

The Final Pretrial Conference in this case will be held by Judge Krieger.

Dated at Denver, Colorado, this 17th day of July, 2012.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge